IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SHELLY D. BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:23-cv-00050-O-BP |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Defendant is **ORDERED** to pay Plaintiff, Shelly D. Brown, in care of David F. Chermol, an attorney, Chermol & Fishman LLC, 11450 Bustleton Ave., Philadelphia, PA 19116, attorney fees under the Equal Access to Justice Act for 18.80 hours of service performed in 2023 at a rate of $220.00 per hour for a total of $4,136.00.

**SO ORDERED** on this 26th day of January, 2024.

Reed O'Connor
UNITED STATES DISTRICT JUDGE