IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SHELLY D. BROWN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  7:23-CV-00050-O-BP |
| | § | |
| COMMISSIONER, SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Plaintiff's Motion & Brief for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 19) and **AWARDS** Plaintiff, in care of her attorney, David F. Chermol, attorney's fees in the amount of $19,494.00 under 42 U.S.C. § 406(b). The amount **SHALL BE PAID** out of Plaintiff's past-due benefits in accordance with agency policy of the Social Security Administration.

**SO ORDERED** on this **6th day** of **July, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**